UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                           Case No. 02-cr-153-07-PB

**Guy Desjardins**

**NOTICE OF RULING**

    **Re:**    **Document No. 283, Motion to Exceed CJA Compensation Limit**

    **Ruling**: This was an extremely complicated case. The case was based on events that occurred in Canada. There were more than 10 defendants and hundreds of victims. The discovery was voluminous. Counsel's request to exceed CJA limits is thus reasonable under the circumstances. Motion granted.

    Entered by: Paul Barbadoro, U.S. District Judge

    Date: February 6, 2006

cc: David Vicinanzo, Esq.